IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:10CR353
                               )
       v.                      )
                               )
GARY R. BENEDICT,              )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the consent motion to continue trial (Filing No. 43). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, August 2, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to pursue plea negotiations or prepare for trial, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 12, 2011, and August 2, 2011, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court