IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:10CR353 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| GARY R. BENEDICT, | ) | |
| Defendant. | ) | |

The following Court exhibits in this matter will be destroyed: Exhibits A-D from Motion to Suppress hearing held on 1/6/2011.

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed court exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: October 3, 2018

BY THE COURT

s/ Laurie Smith Camp
Chief United States District Judge